UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA           §
                                   §
vs.                                §        NO:  WA:17-CR-00216(1)-ADA
                                   §
(1) DANIEL JEREMIAH PLEAS          §

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  August 12, 2024

the United States Probation Office filed a Petition For Warrant or Summons For

Offender Under Supervision for Defendant (1) DANIEL JEREMIAH PLEAS, which

alleged that Pleas violated a condition of his supervised release and recommended that

Pleas 's supervised release be revoked (Clerk's  Document No. 55).  A warrant issued

and Pleas was arrested.  On August 19, 2024, Pleas appeared before a United States

Magistrate Judge, was ordered detained, and a revocation of supervised release hearing

was set..

Pleas appeared before the magistrate judge on September 10, 2024, waived his

right to a preliminary hearing and to be present before the United States District Judge at

the time of modification of sentence, and consented to allocution before the magistrate

judge.  Following the hearing, the magistrate judge signed his report and

recommendation on September 10, 2024, which provides that having carefully

considered all of the arguments and evidence presented by the Government and

Defendant, based on the original offense and the intervening conduct of Pleas, the

magistrate judge recommends that this court continue Pleas supervised release.   The

magistrate judge recommends the additional following special conditions: the Defendant

shall attend in-patient treatment at the Restoration of Hope in Texarkana Texas, as laid

out in Defendant's Exhibit No. 1 (Acceptance Letter from Restoration of Hope), where

Defendant will be placed on an electronic monitoring device to the extent Defendant's

Probation Officer finds it necessary. The Defendant shall remain in custody until the

probation office determines satisfactory transportation to the Restoration of Hope and

living arrangements for Defendant. It is **ORDERED** that if Defendant again

violates the terms of his supervised release, he be brought before the Honorable Judge

Derek T. Gilliland, for any supervised release revocation hearing, if at all possible.

(Clerk's  Document  No. 69).

A party may serve and file specific,  written  objections to the proposed  findings

and recommendations of a magistrate  judge within fourteen  days after being served

with a copy of the report and recommendation, and thereby secure a *de novo* review by

the district court. *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to

timely file written  objections to the proposed findings, conclusions, and recommendation

in a report and recommendation bars that party, except upon grounds  of plain error, from

attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions

accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th

Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On September 10, 2024, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 67). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 69 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) DANIEL JEREMIAH PLEAS 'sterm of supervised release is hereby CONTINUED. In addition, defendant Pleas shall comply with the following special conditions: The Defendant shall attend in-patient treatment at the Restoration of Hope in Texarkana Texas, as laid out in Defendant's Exhibit No. 1 (Acceptance Letter from Restoration of Hope), where Defendant will be placed on an electronic monitoring device to the extent Defendant's Probation Officer finds it necessary. The Defendant shall remain in custody until the probation office determines satisfactory transportation to the Restoration of Hope and living arrangements for Defendant. It is **ORDERED** that if Defendant again violates the terms of his supervised release, he be brought before the Honorable Judge Derek T. Gilliland, for any

supervised release revocation hearing, if at all possible.

**IT IS FURTHER  ORDERED**  that all prior conditions of supervised release are

reimposed.

Signed this 11th day of September, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE